UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-074-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| DARIN DOUGLAS HUSE, | ) | ALLEGED VIOLATIONS |
| | ) | OF PROBATION |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on probation revocation in this case was scheduled before me on November 6, 2007. The United States was represented by AUSA Katheryn K. Frierson and the defendant by Jeffrey H. Smith. The proceedings were digitally recorded.

Defendant had been sentenced on or about by the Honorable John C. Coughenour on a charge of False Statement in an Application for a Passport, and sentenced to 2 years probation (Dkt. 42).

The conditions of probation included the standard conditions plus the requirements that defendant submit to one drug test within 15 days and at least two and no more than eight per month, submit to search, participate in a home confinement/electronic monitoring program,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF PROBATION
PAGE -1

provide his probation officer with access to financial information, allow inspection of personal computer, notify probation officer of all software owned and purchased, consent to monitoring of his computer, and not possess any identification documents in any but his true identity.

On August 15, 2007, the conditions of probation were modified to require participation in substance abuse testing and treatment and abstention from the use of alcohol (Dkt. 44). In an application dated October 18, 2007 (Dkt. 44), U.S. Probation Officer Joe G. Mendez alleged the following violations of the conditions of probation:

1. Using morphine on or before September 17, 2007 in violation of standard condition #7.

2. Using cocaine on or before October 15, 2007 in violation of standard condition #7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation #1 and waived any evidentiary hearing as to whether it occurred. The government moved to dismiss alleged violation #2 (Dkt. 47).

I therefore recommend the Court find defendant violated his probation as alleged in violation #1, and that the Court conduct a hearing limited to the issue of disposition. I recommend that the Court dismiss alleged violation #2. The next hearing will be set before Judge Coughenour.

/ / /

/ / /

/ / /

/ / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF PROBATION
PAGE -2

01       Pending a final determination by the Court, defendant has been released on the conditions

02 of probation.

03       DATED this <u>6th</u> day of November, 2007.

04

05                                           Mary Alice Theiler
                                          United States Magistrate Judge

06

07

08 cc:    District Judge:         Honorable John C. Coughenour
        AUSA:                  Katheryn K. Frierson
09       Defendant's attorney:  Jeffrey H. Smith
        Probation officer:     Joe G. Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF PROBATION
PAGE -3