1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

      v.

DARIN DOUGLAS HUSE,

     Defendant.

CASE NO. CR07-74-JCC

SUMMARY REPORT OF U.S.
MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a revocation of supervised release evidentiary hearing n this case on February 5, 2007.  The United States was represented by Katheryn Frierson.  The defendant was represented by Michael Filipovic.

## CONVICTION AND SENTENCE

Defendant had been convicted of False Statement in an Application for a Passport on or about July 13, 2007.  The Honorable John C. Coughenour of this court sentenced Defendant to 2 years of probation.  The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

1

## DEFENDANT'S ADMISSION

2      U.S. Probation Officer Joe Mendez alleged that Defendant violated the conditions of

3 supervised release in the following respect:

4      (1)      Using cocaine on or about December 14, 2007, in violation of standard condition

5               number 7.

6 I advised the defendant of these charges and of his constitutional rights.  Defendant admitted to

7 the violation, waived any hearing as to whether it occurred, and consented to having the matter

8 set for a disposition hearing.

9

10

## RECOMMENDED FINDINGS AND CONCLUSIONS

11     Based upon the foregoing, I recommend the court find that Defendant has violated the

12 conditions of his supervised release as alleged and set the matter for a disposition hearing.

13     Defendant has been released on continued supervision pending a final determination by the

14 Court.

15     DATED this 6th day of February, 2008.

16

17

18     _____

19     MONICA J. BENTON
       United States Magistrate Judge

20

21 cc:   Sentencing Judge          :     Hon. John C. Coughenour
        Assistant U.S. Attorney    :     Katheryn Frierson
22      Defense Attorney           :     Michael Filipovic
        U. S. Probation Officer    :     Joe Mendez
23

24

25

26

27

28
SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-