UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR07-74-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DARIN DOUGLAS HUSE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 8, 2008. The United States was represented by Assistant United States Attorney Katheryn Frierson, and the defendant by Jennifer Wellman.

The defendant had been charged and convicted of False Statement in an Application for a Passport, in violation of 18 U.S.C. § 1542. On or about July 13, 2007, defendant was sentenced by the Honorable John C. Coughenour to a term of two (2) years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, possess no firearms, submit to DNA testing, participate in the home confinement program with electronic monitoring for 150 days; allow inspection of any personal computer, notify probation of all computer software, allow ongoing monitoring of computer hardware and software, and do not possess any form of identification in any other name without prior written approval.

In a Petition for Warrant or Summons, dated April 28, 2008, U.S. Probation Officer Joe G. Mendez asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or about April 24, 2008, in violation of standard condition #7.

(2) Failing to submit to urine testing as required on April 24, 2008, by using a device, in violation of special condition of probation.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on June 20, 2008, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of May, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable John C. Coughenour
     AUSA:                     Ms. Katheryn Frierson
     Defendant's attorney:     Mr. Michael Filipovic
     Probation officer:        Mr. Joe G. Mendez